UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAIME S LOUIS,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Defendant. | CASE NO. C19-56 MJP<br><br>ORDER ON MOTION FOR JUDGMENT ON THE PLEADINGS |

The Court, having received and reviewed

1. Defendant's Motion for Judgment on the Pleadings (Dkt. No. 14),

2. Plaintiff's Response to Defendant's Motion for Judgment on the Pleadings (Dkt. No. 17),

3. Defendant's Reply in Support of Motion for Judgment on the Pleadings (Dkt. No. 21),

4. Plaintiff's Supplemental Authorities (Dkt. No. 23),

all attached declarations and exhibits, including the Administrative Record, rules as follows:

IT IS ORDERED that the motion is DENIED.

The matter remains set for a one-day bench trial on December 16, 2019, and the parties will continue to follow the pretrial schedule as set forth in Dkt. No. 13.

The clerk is ordered to provide copies of this order to all counsel.

Dated November 18, 2019.

Marsha J. Pechman
United States Senior District Judge